## Commonwealth ex rel. Smith, Appellant, *v.* Maroney.

Submitted November 17, 1960. Before RHODES, P. J., GUNTHER, WRIGHT, WOODSIDE, ERVIN, WATKINS, and MONTGOMERY, JJ.

*Melvin Smith*, appellant, in propria persona.

*John K. Best*, Assistant District Attorney, and *Richard E. McCormick*, District Attorney, for appellee.

OPINION PER CURIAM, December 14, 1960:

The order of the court below is affirmed on the opinion of President Judge O'CONNELL, of the Court of Common Pleas of Westmoreland County, as reported in 22 Pa. D. & C. 2d 585.